# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2200 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 155 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 56717 |
| ALLAN G. GALLIMORE | : | |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 22nd day of October, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent Allan G. Gallimore is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).